UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-07-382-1 |
| | § | |
| HOMERO REY CANTU JR | § | |

### O R D E R

Be it remembered that the defendant's Motion to Substitute Counsel (D.E. 113) was presented to the Court on the 14th day of January, 2008 and it is, therefore **ORDERED** that the Motion is hereby granted. **Jesus M. Dominguez is** permitted to withdraw as counsel of record for the Defendant and **Edward F. Garza** is substituted in his stead.

SIGNED and ORDERED this 14th day of January, 2008.

_____
Janis Graham Jack
United States District Judge